UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL TODD, | ) |
|     Plaintiff, | ) Case No.: 1:22-cv-00066-JRS-MG |
| vs. | ) |
| CENTENE CORPORATION and COORDINATED CARE CORPORATION, | ) |
|     Defendants. | ) |

## NOTICE OF SETTLEMENT

Defendants Centene Corporation and Coordinated Care Corporation hereby notify this Court, pursuant to Local Rule 7-1(h), that the parties have reached a settlement that has been reduced to a written agreement that Plaintiff has signed. Defendants request this Court stay all existing deadlines while the parties finalize the settlement and dismiss the case. Defendants respectfully submit that the Court could require a written status report in the event the parties have not dismissed this case within 30 days.

Defendants provided a copy of this Notice to Plaintiff and Plaintiff approved Defendants filing this Notice.

Dated: February 15, 2022

Respectfully submitted,

/s/ P. Russell Perdew
P. Russell Perdew
Indiana Bar No. 22617-45
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-1712
rperdew@lockelord.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 15th day of February 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court via the Electronic Filing System. A copy was also served on that day via e-mail on:

> Michael Todd
> 844 West Rosewood Drive
> Bloomington, IN 47404
> (812) 322-3563
> michael@todd204.com

                                                  /s/ P. Russell Perdew
                                                  P. Russell Perdew