**FILED**

4:27 pm, Feb 24, 2022

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MICHAEL TODD, )
  )
    Plaintiff, )
  ) No.: 1:22-cv-00066-JRS-MG
vs. )
  )
CENTENE CORPORATION and )
COORDINATED CARE CORPORATION, )
  )
    Defendants. )
  )

> Dismissal with prejudice acknowledged.
> JRS, DJ, 2/27/2022
> Distribution to all counsel of record via CM/ECF and via U.S. Mail to:
> MICHAEL TODD
> 844 W. Rosewood Drive
> Bloomington, IN 47404

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that Plaintiff Michael Todd voluntarily dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: __Feb. 23__, 2022                     MICHAEL TODD

                                                             /s/ Michael Todd